This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**COMMUNITY HOUSING RESOURCES, INC.,**

Plaintiff-Appellee,

v.                                                                                          **No. 34,993**

**ROBERT BOUGHTON and**
**LOUIS HILLE,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Community Housing Resources, Inc.
Christopher Ocksrider
Albuquerque, NM

for Appellee

Robert M. Boughton
Louis A. Hille
Albuquerque, NM

Pro Se Appellants

## MEMORANDUM OPINION

**KENNEDY, Judge.**

{1}    Appellants Robert Boughton and Louis Hille (Defendants) appeal in a self-represented capacity from the district court's dismissal of their on-record appeal. Our notice proposed to dismiss because Defendants failed to file the requisite notice of appeal in the district court's clerk's office. *See generally Govich v. North Am. Sys., Inc.*, 1991-NMSC-061, ¶ 12, 112 N.M. 226, 814 P.2d 94 (explaining that the time and place of filing for the notice of appeal is a mandatory precondition to appellate jurisdiction).  Defendants did not file a timely memorandum in opposition, and this Court denied their request to file an untimely memorandum in opposition. Accordingly, for the reasons detailed in our notice, we dismiss.

{2}    **IT IS SO ORDERED.**


_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**


_____

**LINDA M. VANZI, Judge**


_____

**TIMOTHY L. GARCIA, Judge**

2